

RECEIVED MAR - 1 2007

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JERRY D. HICKS | CIVIL ACTION NO. 06-0071 |
| VS. | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that Jerry D. Hicks be awarded benefits consistent with an onset date of April 16, 2003.

Lafayette, Louisiana this __1__ day of ___March___, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE